CALVIN JAMES
   VS.
CHANNEL 9 NEWS, FCC COLEMAN USP-1

I.) HAVE YOU BEGUN ANY CLAIMS WITH THE SAME FACTS IN THIS ONE? NO

II.) PARTIES TO COMPLAINT

PLAINTIFF A.) NAME: CALVIN JAMES #22715-021
Address: FCC COLEMAN USP-1
P.O. BOX 1033
COLEMAN, FLORIDA 33521

DEFENDANT #1 B.) NAME: CHANNEL 9 NEWS
Address: 490 EAST SOUTH STREET
ORLANDO, FLORIDA 32801

DEFENDANT #2 NAME: FCC COLEMAN USP-1
Address: P.O. BOX 1023
COLEMAN, FLORIDA 33521

[Stamp: 2021 AUG 23 PM 2:23 US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO, FLORIDA — Filed/Received]

## III.) FACTS OF CLAIM

I put in a request with Channel 9 News to get an interview to publicize the maltreatment and unprofessional behaviour at an institution within their district. The request was pursuant to U.S. Const. Amend 1 [(EQUAL ACCESS TO MEDIA)] News refused to respond or provide reason why.

I also put in request per B.O.P. policy to appropriate Admin. Personnel Facility refused to respond to this request for access to media.

## IV.) RELIEF

Equal and unrestricted access to media, and/or a public and privatized media for inmates.

Signed, Vin, for
Calvin James
August 21, 2021